**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CARLA BEEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 19-cv-02836-RLW |
| ) | |
| SUNSHINE CLEANERS PLUS, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT
TO PLAINTIFF'S MOTION FOR REMAND**

COME NOW Defendant Sunshine Cleaners Plus, Inc., by and through its undersigned counsel, and for its Consent to Plaintiff's Motion for Remand [Doc. 6], states as follows:

1.  In light of the remand of a substantially similar case as referenced in Plaintiff's Notice of Supplemental Authority [Doc. 22], Defendant hereby consents to remand of this case to state court.

2.  Counsel for Defendant has spoken with counsel for Plaintiff and in light of Defendant's consent to remand the case Plaintiff has agreed to withdraw her claim for attorney's fees incurred in connection with the removal and remand of this case.

WHEREFORE, Defendant respectfully requests the Court to grant Plaintiff's Motion for Remand, to deny Plaintiff's request for attorneys' fees that she incurred in connection with the Motion for Remand, and for such other and further relief as the Court deems just and appropriate.

1

                    McCARTHY, LEONARD, KAEMMERER, L.C.

BY:    /s/ Bryan M. Kaemmerer
        Michael E. Kaemmerer, #25652 (MO)
        mkaemmerer@mlklaw.com
        Bryan M. Kaemmerer, #52998 (MO)
        bkaemmerer@mlklaw.com
        825 Maryville Centre Dr., Ste. 300
        Town & Country, MO  63017
        Phone: (314) 392-5200
        Fax:    (314) 392-5221

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 20th day of May 2020, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all parties entitled to notice.

                                      /s/ Bryan M. Kaemmerer